RICK A. YARNALL  E-FILED
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave, Suite 820
Las Vegas, NV  89101
(702) 853-4500
RAY13mail@LasVegas13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| IN RE:<br>**CINDY GOLDENBERG**<br><br>                      **Debtor**<br>**Attorney for Debtor:**<br>         **ANDREW S T FRITZ LTD** | CASE NO: BKS-13-20501-LED<br><br>**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION** |

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim (including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution within twenty-one (21) days of this notice. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection with a minimum of twenty-one (21) days notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all filed and not filed proof of claims, classification of claims, and proposed distribution:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AARGON AGENCY AS AGENT FOR RIGHTSIZE FUNDING**<br>8668 SPRING MOUNTAIN RD<br>LAS VEGAS, NV  89117-4113 | $2,554.09<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00002 / COURT CLAIM # 4** | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4182 |

Page 2 of 6
CINDY GOLDENBERG                                            BKS-13-20501-LED

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **Ace Cash Express**<br>1231 Greenway Dr.<br>Suite 700<br>Irving, TX 75038 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 4807 |
| **TRUSTEE CLAIM# 00003 / COURT CLAIM # Not Filed** | | | |
| **ACE CASH EXPRESS**<br>5516 BOULDER HWY<br>LAS VEGAS, NV 89122 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **TRUSTEE CLAIM# 00004 / COURT CLAIM # Not Filed** | | | |
| **AMERICAN EXPRESS BANK FSB**<br>C/O BECKET & LEE LLP<br>ATTORNEYS/AGENT FOR CREDITOR<br>P O BOX 3001<br>MALVERN, PA 19355-0701 | $5,207.47<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 1009 |
| **TRUSTEE CLAIM# 00006 / COURT CLAIM # 18** | | | |
| **Avenue**<br>c/o Comenity Bank<br>Attn: Bankruptcy Dept.<br>PO Box 182125<br>Columbus, OH 43218-2125 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 1609 |
| **TRUSTEE CLAIM# 00007 / COURT CLAIM # Not Filed** | | | |
| **Bank of America**<br>PO Box 15026<br>Attn: Corres./Bkcy<br>Wilmington, DE 19850-5026 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 2086 |
| **TRUSTEE CLAIM# 00008 / COURT CLAIM # Not Filed** | | | |
| **Bank of America**<br>Recovery Management, MO2-100-09-18<br>100 N. Broadway<br>overdrawn account)<br>Saint Louis, MO 63102-2738 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **TRUSTEE CLAIM# 00009 / COURT CLAIM # Not Filed** | | | |
| **BANK OF AMERICA N A**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | $12,562.48<br>AT 0.00% INT<br>FROM 12/19/2013 | MORTGAGE ARREARS<br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXX5761 |
| **TRUSTEE CLAIM# 00010 / COURT CLAIM # 20** | | | |
| **Bealls c/o Comenity Bank**<br>PO Box 182125<br>Columbus, OH 43218 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 5867 |
| **TRUSTEE CLAIM# 00011 / COURT CLAIM # Not Filed** | | | |
| **Cash Central Payday Loans**<br>3001 E Charleston Blvd Ste F<br>Las Vegas, NV 89104-2390 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXBERG |
| **TRUSTEE CLAIM# 00013 / COURT CLAIM # Not Filed** | | | |
| **Cash Cow**<br>8170 S. Eastern Ave., Ste. 5<br>Las Vegas, NV 89123 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | XXXXXXBERG |
| **TRUSTEE CLAIM# 00014 / COURT CLAIM # Not Filed** | | | |
| **Cashnetusa.com**<br>200 W. Jackson Blvd., 14th Fl<br>Chicago, IL 60606-6941 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 2642 |
| **TRUSTEE CLAIM# 00016 / COURT CLAIM # Not Filed** | | | |

Page 3 of 6
CINDY GOLDENBERG                                                                BKS-13-20501-LED

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **CERTEGY**<br>P.O. BOX 30046<br>Tampa, FL  33630 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 0464 |
| | **TRUSTEE CLAIM# 00017 / COURT CLAIM # Not Filed** | | |
| **Community Ambulance**<br>91 Corporate Park Dr., #120<br>Henderson, NV  89074 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 5489 |
| | **TRUSTEE CLAIM# 00019 / COURT CLAIM # Not Filed** | | |
| **DISCOVER BANK**<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 | $6,312.17<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 1096 |
| | **TRUSTEE CLAIM# 00021 / COURT CLAIM # 2** | | |
| **Ditronics**<br>P.O. Box 7648<br>Goodyear, AZ  85338 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 7123 |
| | **TRUSTEE CLAIM# 00022 / COURT CLAIM # Not Filed** | | |
| **Dollar Loan Center**<br>2654 W. Horizon Ridge Pwky., Ste. B-3<br>Henderson, NV  89052 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 3635 |
| | **TRUSTEE CLAIM# 00023 / COURT CLAIM # Not Filed** | | |
| **FINANCIAL PARTNERS CREDIT UNION**<br>P O BOX 7005<br>DOWNEY, CA  90241 | $10,811.82<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 6901 |
| | **TRUSTEE CLAIM# 00025 / COURT CLAIM # 7** | | |
| **PREMIER BANKCARD/CHARTER**<br>POST OFFICE BOX 2208<br>VACAVILLE, CA  95696 | $435.47<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 5779 |
| | **TRUSTEE CLAIM# 00027 / COURT CLAIM # 14** | | |
| **GINNY'S**<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P O BOX 740933<br>DALLAS, TX  75374 | $296.53<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4630 |
| | **TRUSTEE CLAIM# 00029 / COURT CLAIM # 15** | | |
| **IDEALGELT**<br>790 W SAM HOUSTON PKWY N<br>STE 202<br>HOUSTON, TX  77024 | $1,600.00<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4182 |
| | **TRUSTEE CLAIM# 00030 / COURT CLAIM # 17** | | |
| **INSPIRADA COMMUNITY ASSOCIATION**<br>LEACH JOHNSON SONG & GRUCHOW<br>ATTN: KIRBY C GRUCHOW JR ESQ<br>8945 WEST RUSSELL ROAD SUITE 330<br>LAS VEGAS, NV  89148 | $4,569.43<br>AT 0.00% INT<br>FROM 12/19/2013 | SECURED<br><br>EXACTLY 100.00% TO BE PAID | 1901 |
| | **TRUSTEE CLAIM# 00031 / COURT CLAIM # 8** | | |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk, VA  23541 | $6,706.67<br>AT 0.00% INT<br>FROM 12/19/2013 | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 2854 |
| | **TRUSTEE CLAIM# 00032 / COURT CLAIM # 21** | | |

Page 4 of 6
CINDY GOLDENBERG
BKS-13-20501-LED

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AS AGENT FOR** COMENITY BANK PO BOX 788 KIRKLAND, WA 98083-0788 | $352.19 AT 0.00% INT FROM 12/19/2013 | UNSECURED  APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 6318 |
| | **TRUSTEE CLAIM# 00033 / COURT CLAIM # 11** | | |
| **Lending Club Corp** 370 Convention Way Redwood City, CA 94063 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | 1044 |
| | **TRUSTEE CLAIM# 00035 / COURT CLAIM # Not Filed** | | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** P O BOX 12914 NORFOLK, VA 23541 | $1,197.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED  APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8249 |
| | **TRUSTEE CLAIM# 00036 / COURT CLAIM # 3** | | |
| **MNE Services, Inc.** dba United Cash Loans 3531 P Street NW Miami, OK 74355 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | XXXXXXBERG |
| | **TRUSTEE CLAIM# 00037 / COURT CLAIM # Not Filed** | | |
| **Macy*s** Bankruptcy Processing PO Box 8053 Mason, OH 45040 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | 4588 |
| | **TRUSTEE CLAIM# 00038 / COURT CLAIM # Not Filed** | | |
| **Moneytree, Inc.** PO Box 58363 Seattle, WA 98138 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | 6696 |
| | **TRUSTEE CLAIM# 00039 / COURT CLAIM # Not Filed** | | |
| **MONTGOMERY WARD** C/O CREDITORS BANKRUPTCY SERVICE P O BOX 740933 DALLAS, TX 75374 | $285.94 AT 0.00% INT FROM 12/19/2013 | UNSECURED  APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4290 |
| | **TRUSTEE CLAIM# 00040 / COURT CLAIM # 16** | | |
| **NCO Finanical** P.O. Box 8053 Mason, OH 45040 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00041 / COURT CLAIM # Not Filed** | | |
| **National Capital Management** 8245 Tournament Dr., Suite 230 Memphis, TN 38125 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00042 / COURT CLAIM # Not Filed** | | |
| **NISSAN-INFINITI LT** P O BOX 660366 DALLAS, TX 75266 | $4,181.73 AT 0.00% INT FROM 12/19/2013 | UNSECURED  APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4258 |
| | **TRUSTEE CLAIM# 00043 / COURT CLAIM # 10** | | |
| **Payday Mobility** 427 N. Tatnall St., #91008 Wilmington, DE 19801 | $0.00 AT 0.00% INT FROM 12/19/2013 | UNSECURED NOT FILED APPROXIMATELY 0.00% TO BE PAID | |
| | **TRUSTEE CLAIM# 00044 / COURT CLAIM # Not Filed** | | |

Page 5 of 6
CINDY GOLDENBERG
BKS-13-20501-LED

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AS AGENT FOR**<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | $215.74<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00045 / COURT CLAIM # 5** | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 1609 |
| **Portfolio Recovery & Affiliates**<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00046 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 2854 |
| **Progressive Insurance Co.**<br>PO Box 6807<br>Cleveland, OH 44101-1807 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00047 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 9023 |
| **RBS Citizen**<br>480 Jefferson Blvd.<br>RJE 135<br>Warwick, RI 02886 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00048 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **Rapid Cash**<br>2710A S. Maryland Parkway<br>Las Vegas, NV 89109 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00050 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 7589 |
| **RightSize Funding**<br>6767 W Tropicana Ave., Ste. 100<br>Las Vegas, NV 89103 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00052 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 1922 |
| **Skyloan**<br>P.O. Box 665 Bridge Chambers, West Quay<br>Ramsell, Isle of Man IM99 4PD<br>Ramsell, 00000 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00053 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **Spektrum**<br>9980 S. 300 W Ste. 200<br>Sandy, UT 84070 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00055 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **AMERICAN INFOSOURCE LP AS AGENT FOR**<br>SPOT LOAN FKA ZESTCASH<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | $1,106.80<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00056 / COURT CLAIM # 1** | UNSECURED<br><br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 8764 |
| **Target National Bank**<br>c/o Target Credit Services<br>Attn: Bankruptcy Department<br>PO Box 1581<br>Minneapolis, MN 55440-1581 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00059 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 9482 |
| **THE TOLL ROADS**<br>125 PACIFICA STE 100<br>IRVINE, CA 92618 | $60.50<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00060 / COURT CLAIM # 9** | PRIORITY<br><br>EXACTLY 100.00% TO BE PAID | 1876 |

Page 6 of 6
CINDY GOLDENBERG  BKS-13-20501-LED

| NAME AND ADDDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AS AGENT FOR**<br>VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8820 | $307.59<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00061 / COURT CLAIM # 13** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 0001 |
| **Verizon Wireless**<br>Bankruptcy Department<br>PO Box 3397<br>Bloomington, IL 61702 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00062 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | |
| **Portfolio Recovery Associates, LLC**<br>POB 12914<br>Norfolk, VA 23541 | $627.05<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00066 / COURT CLAIM # 19** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 9321 |
| **Portfolio Recovery & Affiliates**<br>120 Corporate Blvd.<br>Norfolk, VA 23502 | $0.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00067 / COURT CLAIM # Not Filed** | UNSECURED<br>NOT FILED<br>APPROXIMATELY 0.00% TO BE PAID | 6660 |
| **BANK OF AMERICA N A**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | $1,654.58<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00068 / COURT CLAIM # 20** | ADMINISTRATIVE ARREARS<br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXX5761 |
| **BANK OF AMERICA N A**<br>PO BOX 660933<br>DALLAS, TX 75266-0933 | $59,279.58<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00069 / COURT CLAIM # 20** | MORTGAGE PYMT ONGOING P<br>EXACTLY 100.00% TO BE PAID | XXXXXXXXXXXX5761 |
| **NEVADA WEST FINANCIAL**<br>P.O. BOX 94703<br>Las Vegas, NV 89193 | $2,554.09<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00072 / COURT CLAIM # 6** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 4182 |
| **QUANTUM3 GROUP LLC AS AGENT FOR**<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | $481.85<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00073 / COURT CLAIM # 12** | UNSECURED<br>APPROXIMATELY 0.00% to 100.00% TO BE PAID ** | 5867 |
| **INSPIRADA COMMUNITY ASSOCIATION**<br>LEACH JOHNSON SONG & GRUCHOW<br>ATTN: KIRBY C GRUCHOW JR ESQ<br>8945 WEST RUSSELL ROAD SUITE 330<br>LAS VEGAS, NV 89148 | $6,435.00<br>AT 0.00% INT<br>FROM 12/19/2013<br>**TRUSTEE CLAIM# 00074 / COURT CLAIM # 8** | MORTGAGE PYMT ONGOING P<br>EXACTLY 100.00% TO BE PAID | 1901 |

**\*\*The exact percentage dividend to be paid, if any, to the unsecured creditors cannot be determined at this time and will not be determined until the closing of the case. There are many factors which can affect the dividend, such as, but not limited to: increased administrative expenses or other factors which may reduce the dividend; increased income to the estate which may increase the dividend; or a modified plan which may affect the dividend either way. Please refer to the latest Confirmed or Modified Chapter 13 Plan.**

Dated: 9/15/2014

/s/ Charmonda Hatcher
for Rick A. Yarnall
Chapter 13 Bankruptcy Trustee