

**AARGON AGENCY**

8668 Spring Mountian Rd | Las Vegas, NV  89117
Phone: (702) 220-7037

Dated: March 5, 2019

Clerk of the U.S. Bankruptcy Court
District of Nevada
Foley Federal Building & U.S. Courthouse
300 S. Las Vegas Blvd.
Las Vegas, NV 89101
(702) 527-7000

      RE:    Cindy L. Goldenberg
              SSN: XXX-XX-4182
              Bankruptcy Case Number: 13-20501-abl
              Aargon Agency File Number: 3844-000104

Dear Clerk of the Court:

    Please withdraw Claim #4-1 in the amount of $2554.09, filed by Aargon Agency as Agent for Rightsize Funding on December 27, 2013. This claim has been deemed satisfied by our office. Thank you for your cooperation in this matter,

    If you have any further questions, you may contact me at (702) 874-3175, ext. 255.

Respectfully,

*Jennifer Horvath*

**Jennifer Horvath**
**Aargon Agency Inc**
8668 Spring Mountian Rd | Las Vegas, NV  89117
Phone: 702.874.3175 | j.horvath@aargon.com

Cc:    Trustee

---

This communication from a debt collector.  This is an attempt to collect a debt, any information obtained will be used for that purpose.